```
              UNITED STATES DISTRICT COURT
                       FOR THE
                  DISTRICT OF VERMONT
```

King Kaseen,                        :
    Plaintiff,                 :
                                :
    v.                          : Civil No. 2:23 CV 416
                                :
Phil Scott, Nicholas Deml,          :
Jennifer Sprafke, et al.,           :
    Defendants.                 :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed February 28, 2025 (Doc. 75). After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Vermont State Defendants' Motion to dismiss (Doc. 63), is GRANTED. It is hereby further ordered that Plaintiff's request for appointed counsel (Doc. 65) is DENIED without prejudice and Plaintiff's "Vortical Motion to Terminate the Defendants 360°" (Doc. 69) is DENIED as an unauthorized surreply.

Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right.

Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings.  See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

   Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to 28 U.S.C. Sec. 1915(a)(3).

   Finally, it is hereby ordered that Plaintiff is granted leave to file a second amended complaint and shall do so within ninety (90) days from the date of this order.

   Dated at Burlington, in the District of Vermont, this 24th day of March 2025.


                                   /s/ William K. Sessions III
                                   William K. Sessions III
                                   U.S. District Court Judge