```
              UNITED STATES DISTRICT COURT
                       FOR THE
                 DISTRICT OF VERMONT
```

King Kaseen,                    :
    Plaintiff,              :
                            :
    v.                      : Civil No. 2:23 CV 416
                            :
Nicholas Deml,                  :
    Defendant.              :

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed January 9, 2026 (Doc. 84). After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The plaintiff's motion for leave to file an amended complaint (Doc. 81) is GRANTED, and that said motion be construed as plaintiff's second amended complaint. It is further ordered that defendants' motions to dismiss (Doc. 83), is GRANTED.

Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right. Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been

resolved differently, or which deserve further proceedings. See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

Dated at Burlington, in the District of Vermont, this 3rd day of February 2026.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge